### 14278, 14328.   MUTUAL LIGHT & WATER CO. *v.* CITY OF BRUNSWICK; and *vice versa.*

BELL, J. This case is controlled by the rulings of the Supreme Court in answer to a question certified. 158 *Ga.* 677 (124 S. E. 178). The trial court properly dismissed the certiorari.

*Judgment upon the main bill of exceptions affirmed; cross-bill dismissed. Jenkins, P. J., and Stephens, J., concur.*

> DECIDED SEPTEMBER 19, 1924.

Certiorari; from Fulton superior court—Judge Ellis. January 3, 1923.

*Conyers & Wilcox, Colquitt & Conyers,* for plaintiff in error.

*R. D. Meader, E. J. Reagan,* contra.